Brian M. Heit, Esq., SBN 302474
440 North Barranca Avenue, Suite 8933
Covina, CA 91723
Telephone (310) 744-5227
Email brian@adeptcounsel.co
*Attorney for Defendants*
Adept Legal Counsel PC
Brian Morgan Heit

# UNITED STATES DISTRICT COURT

# CENTRAL DISTICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Brian Morgan Heit<br><br>and<br><br>Adept Legal Counsel PC.<br><br>Debtor<br>-----------------------------------------------<br>Daniel Gonzalez,<br><br>Plaintiff.<br><br>vs.<br><br>Brian Morgan Heit,<br><br>And<br><br>Adept Legal Counsel PC,<br><br>Defendants. | Case Number: 9:24-bk-10608-RC<br>Case Number: 9:24-bk-10554-RC<br><br>Chapter 7<br><br>Adversary No. 9:24-ap-01028- RC<br><br>**DEFENDANTS' NOTICE OF MOTION FOR SECURITY AGAINST VEXATIOUS LITIGANT**<br>**L.R. 83-8.1 AND L.R. 83-8.2**<br><br>Judge: Honorable Ronald A. Clifford<br><br>DATE: November 5, 2024<br>TIME: 1:00 PM<br>CTRM: 201 |

1

**TO THE HONORABLE RONALD A. CLIFFORD, UNITED STATES BANKRUPTCY JUDGE, DANIEL GONZALEZ PLAINTIFF; JERRY NAMBA, CHATPER 7 TRUSTEE AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE**, that on November 5, 2024, at 1:00 pm in Courtroom 201 of the United States Bankruptcy Court, before the Honorable Ronald A. Clifford , located at 1415 State Street, Suite 233 Santa Barbara, California 93101-2511, Defendants BRIAN MORGAN HEIT and ADEPT LEGAL COUNSEL PC ("Defendants" or "Debtors"), will move this Court pursuant to L.R. 83-8.1 AND L.R. 83-8.2 for Motion for Vexatious Litigant to Post Security (the "Motion").

The Motion is further based upon this Notice of Motion, the Motion itself filed and served on October 3, 2024 (Adv. Dkt. 9) all pleadings and other material on record in this case and adversary, and all other evidence that may be presented at or before the hearing on the Motion.

**YOU ARE NOTIFIED**, pursuant to Local Rule 9013-1(f), each interested party opposing, joining, or responding to the motion, unless otherwise ordered by the court, must file and serve on the moving party and the trustee not later than 14 days before the date designated for hearing either: (1) A complete written statement of all reasons in opposition thereto or in support or joinder thereof, declarations and copies of all photographs and documentary evidence on which the responding party intends to rely, and any responding memorandum of points and authorities. The opposing papers must advise the adverse party that any reply to the opposition must be filed with the court and served on the opposing party not later than 7 days prior to the hearing on the motion; or (2) A written statement that the motion will not be opposed. **YOU ARE FURTHER NOTIFIED**, pursuant to Local Bankruptcy Rule 9013-1(h), papers not timely filed and served may be deemed by the court to be consent to the granting or denial of the Motion, as the case may be.

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*): _____
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____    *Brian Morgan Heit*
*Date*          *Printed Name*                      *Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**